450 A.2d 1048

Amer. Bk. & Tr. Co. of Pa. v. High Vista et al.

Appeal of Title Insurance Co. of Pa. and The
Unity Savings Association.

Submitted December 14, 1981. Michael J. Donohue, for Title Insurance, appellant; Robert J. Hoelscher, for Unity Savings, appellant; Charles A. Shea, III, for Amer. Bk. and High Vista, et al., appellees; Pasco L. Schiavo, for Butler Enterprises, appellee (at No. 2923); Philip S. Seltzer, appellee, in propria persona (at No. 2923); Nathan P. Seltzer, appellee, in propria persona (at No. 2923); William Seltzer, appellee, in propria persona (at No. 2923).

Before WICKERSHAM, BECK and POPOVICH, JJ.

Order affirmed.